# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1145. ATLANTA AUTO RESTORATION, LLC v. TEDDY B. ALGER.**

After Teddy B. Alger obtained a default judgment against Atlanta Auto Restoration, LLC ("Atlanta Auto") in magistrate court, Atlanta Auto filed a motion to set aside. The magistrate court denied the motion, and Atlanta Auto filed a petition for a writ of certiorari in the State Court of Henry County, which was transferred to the Superior Court of Henry County. The superior court found that the default judgment was improperly entered and remanded the case to the magistrate court to enter a new order granting the motion to set aside. Alger then sought discretionary review of the superior court's order, which this Court granted. See Case No. A22D0264 (Mar. 17, 2022). On appeal, this Court reversed the superior court's judgment and remanded  the case for further proceedings. See *Alger v. Atlanta Auto Restoration, LLC*, 369 Ga. App. 379 (893 SE2d 775) (2023). On remand, the superior court affirmed the magistrate court's judgment denying Atlanta Auto's motion to set aside. Atlanta Auto then filed this direct appeal. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); accord OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Atlanta Auto seeks to appeal from a decision of the superior court reviewing a decision of the magistrate court by certiorari, its failure to

file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___03/27/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*